Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
ELLIS, COLEMAN, POIRIER, LAVOIE,
 & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ecplslaw.com
asteinheimer@ecplslaw.com

Attorneys for Appellee RETAILERS CREDIT ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

APPELLATE DIVISION

| | |
|---|---|
| HOPE M. FIELDS,<br><br>     Appellant,<br><br>v.<br><br>RETAILERS CREDIT ASSOCIATION<br><br>     Appellee. | U.S.D.C. Case No.:  2:09-cv-02930-FCD (BK)<br>Bankruptcy Case No.: 1982-22281<br>Adversary Case No.:  08-02448 and<br>Related Matter Case No. 08-02449<br><br>**ORDER GRANTING APPELLEE'S MOTION TO AUGMENT RECORD ON APPEAL**<br><br>**Rule 8011**<br><br>No Hearing Requested |

Having read and considered the moving papers, any opposition and reply and good cause appearing therefore, the Court hereby grants Appellee Retailers Credit Association's Motion to Augment the Record.

IT IS HEREBY ORDERED THAT the following documents be added to the Record on Appeal:

   (1)   Fields' Declaration Pursuant To Local Rule 9017 – Alternative Direct Testimony;

   (2)   Fields' Trial Exhibits A-J submitted pursuant to Local Rule 9017-1;

   (3)   Retailers Credit Association's Objection To Evidence;

   (4)   Alternate Direct Testimony Of David Espinda – Local Rule 9017-1;

   (5)   Defendant's Trial Exhibits 1-17.

   (6)   Deposition of Hope Fields taken March 17, 2009.

ORDER GRANTING APPELLEE'S MOTION TO AUGMENT RECORD ON APPEAL

1    IT IS SO ORDERED.

2

3    DATED: June 2, 2010

　　　　　　　　　　　　　　　　　　　_____
4    　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE